**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**FREDDIE CANNON**                                                                                          **PLAINTIFF**

V.                              **CASE NO.: 3:13CV00115 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is remanded for action consistent with the opinion in this case, and judgment is entered in favor of Freddie Cannon. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 18th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE