# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**FREDDIE CANNON**                                                                                            **PLAINTIFF**

**V.**                            **CASE NO.: 3:13CV00115 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                     **DEFENDANT**

## ORDER

Plaintiff Freddie Cannon has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.  (Docket entry #15)  In his motion, Mr. Cannon requests fees and expenses in the amount of $1,581.43.  The Commissioner does not object to the amount requested.  (#17)

Accordingly, Mr. Cannon's motion (#15) is GRANTED, and he is awarded $1,581.43 in fees and expenses, subject to offset if he has outstanding federal debts.

DATED this 27th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE